IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTOEVINO ROCKY SERNA,<br><br>　　　　Petitioner,<br><br>　　vs.<br><br>M. McDONALD,<br><br>　　　　Respondent.<br>_____/ | 1:12-cv-01008-AWI-JLT (HC)<br><br>ORDER GRANTING PETITIONER'S FIFTH MOTION FOR EXTENSION OF TIME TO FILE TRAVERSE<br><br>(Doc. 26)<br><br>THIRTY DAY DEADLINE |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254.  On February 21, 2013, petitioner filed a motion to extend time to file a traverse.  Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner is granted thirty days from the date of service of this order in which to file a traverse.

IT IS SO ORDERED.

Dated:   **February 26, 2013**　　　　　　　　/s/ Jennifer L. Thurston
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE